# Court of Appeals
# of the State of Georgia

ATLANTA, October 02, 2025

*The Court of Appeals hereby passes the following order:*

**A26D0085. RICHARD CARL ROWE, III v. THE STATE.**

After Richard Carl Rowe, III, pled guilty to two counts of identity fraud, the superior court imposed two concurrent ten-year sentences, with ten years to serve on probation. On August 7, 2025, the superior court found that Rowe had committed a new felony offense and revoked Rowe's probation. Rowe filed a discretionary application in this Court on September 10, 2025. We, however, lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Rowe's application was filed 34 days after entry of the order he wishes to appeal. Thus, the application is untimely and is therefore DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 10/02/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.